IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUYNH NGUYEN,<br><br>Petitioner,<br>v.<br><br>J.L. JAMISON, et al.,<br><br>Respondents. | CIVIL ACTION<br>NO. 26-7005 |

**ORDER**

**AND NOW**, this 25th day of November 2026, upon consideration of Petitioner Quynh Nguyen's Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' Response in Opposition to Petitioner's Habeas Petition (Doc. No. 7), Petitioner's Reply (Doc. No. 8), Respondents' Notice of Supplemental Evidence (Doc. No. 9), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**. The Clerk of Court shall close the above-captioned case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.